## EXHIBIT A









