<u>**EXHIBIT B**</u>

PTO- 1478
Approved for use through 07/31/2021. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

Serial Number: 90850171
Filing Date: 07/27/2021

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 90850171 |
| MARK INFORMATION | |
| *MARK | [FUSION](FUSION) |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | FUSION |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| REGISTER | Principal |
| APPLICANT INFORMATION | |
| *OWNER OF MARK | Grover Gaming, Inc. |
| *MAILING ADDRESS | 3506 NE Greenville Blvd. |
| *CITY | Greenville |
| *STATE (Required for U.S. applicants) | North Carolina |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 27837 |
| *EMAIL ADDRESS | XXXX |
| LEGAL ENTITY INFORMATION | |
| TYPE | corporation |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF INCORPORATION | North Carolina |
| GOODS AND/OR SERVICES AND BASIS INFORMATION | |
| INTERNATIONAL CLASS | 009 |
| *IDENTIFICATION | Recorded computer software for playing games of chance relating to games, card games, slot games, video games, gaming, gambling, casino, bingo, instant win games, lottery and betting activities; Recorded computer application software for video gaming consoles and video gaming machines for playing games of chance relating to games, card games, slot games, video games, gaming, gambling, casino, bingo, instant win games, lottery and betting activities; Recorded computer software for enabling social gaming by uploading, posting, showing, displaying, tagging, blogging, sharing or otherwise |

| | |
|---|---|
| | providing electronic media or information regarding electronic gaming, entertainment, and general gaming interest via the Internet or other communications networks with third parties |
| **FILING BASIS** | SECTION 1(a) |
|    **FIRST USE ANYWHERE DATE** | At least as early as 02/28/2017 |
|    **FIRST USE IN COMMERCE DATE** | At least as early as 02/28/2017 |
| **SPECIMEN FILE NAME(S)** | |
|    **ORIGINAL PDF FILE** | SPE0-75110138254-20210722 165014795837_._TMKSPEC__F USION_-_130818-00023.pdf |
|    **CONVERTED PDF FILE(S)**<br>   (5 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\908\501\90850171\xml1\ APP0003.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\908\501\90850171\xml1\ APP0004.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\908\501\90850171\xml1\ APP0005.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\908\501\90850171\xml1\ APP0006.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\908\501\90850171\xml1\ APP0007.JPG |
|    **SPECIMEN DESCRIPTION** | photographs of display screens projecting the mark as used in connection with the goods |
|    **WEBPAGE URL** | None Provided |
|    **WEBPAGE DATE OF ACCESS** | None Provided |
| **ATTORNEY INFORMATION** | |
| **NAME** | Erica B. E. Rogers |
| **ATTORNEY DOCKET NUMBER** | 130818-00023 |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | Ward and Smith, P.A. |
| **INTERNAL ADDRESS** | Post Office Box 33009 |
| **STREET** | 751 Corporate Center Drive, Suite 300 |
| **CITY** | Raleigh |
| **STATE** | North Carolina |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 27636-3009 |
| **PHONE** | 919-277-9100 |
| **FAX** | 919-277-9177 |
| **EMAIL ADDRESS** | trademarks@wardandsmith.com |
| **OTHER APPOINTED ATTORNEY** | All members of Ward and Smith, P.A. |

| CORRESPONDENCE INFORMATION | |
|---|---|
| NAME | Erica B. E. Rogers |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | trademarks@wardandsmith.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | NOT PROVIDED |
| FEE INFORMATION | |
| APPLICATION FILING OPTION | TEAS Standard |
| NUMBER OF CLASSES | 1 |
| APPLICATION FOR REGISTRATION PER CLASS | 350 |
| *TOTAL FEES DUE | 350 |
| *TOTAL FEES PAID | 350 |
| SIGNATURE INFORMATION | |
| SIGNATURE | /Marc Downing/ |
| SIGNATORY'S NAME | Marc Downing |
| SIGNATORY'S POSITION | Chief Counsel & Director of Compliance |
| SIGNATORY'S PHONE NUMBER | (252) 214-7066 |
| DATE SIGNED | 07/27/2021 |
| SIGNATURE METHOD | Sent to third party for signature |

PTO- 1478
Approved for use through 07/31/2021. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

**Serial Number: 90850171**
**Filing Date: 07/27/2021**

## To the Commissioner for Trademarks:

**MARK:** FUSION (Standard Characters, see mark)
The literal element of the mark consists of FUSION. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Grover Gaming, Inc., a corporation of North Carolina, having an address of
    3506 NE Greenville Blvd.
    Greenville, North Carolina 27837
    United States
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 009: Recorded computer software for playing games of chance relating to games, card games, slot games, video games, gaming, gambling, casino, bingo, instant win games, lottery and betting activities; Recorded computer application software for video gaming consoles and video gaming machines for playing games of chance relating to games, card games, slot games, video games, gaming, gambling, casino, bingo, instant win games, lottery and betting activities; Recorded computer software for enabling social gaming by uploading, posting, showing, displaying, tagging, blogging, sharing or otherwise providing electronic media or information regarding electronic gaming, entertainment, and general gaming interest via the Internet or other communications networks with third parties

In International Class 009, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 02/28/2017, and first used in commerce at least as early as 02/28/2017, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) photographs of display screens projecting the mark as used in connection with the goods.

**Original PDF file:**
SPE0-75110138254-20210722 165014795837_._TMKSPEC__F USION_-_130818-00023.pdf
**Converted PDF file(s)** (5 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4
Specimen File5
Webpage URL: None Provided
Webpage Date of Access: None Provided


The owner's/holder's proposed attorney information: Erica B. E. Rogers. Other appointed attorneys are All members of Ward and Smith, P.A.. Erica B. E. Rogers of Ward and Smith, P.A., is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at
    Post Office Box 33009
    751 Corporate Center Drive, Suite 300
    Raleigh, North Carolina 27636-3009
    United States
    919-277-9100(phone)
    919-277-9177(fax)
    trademarks@wardandsmith.com
The docket/reference number is 130818-00023.
Erica B. E. Rogers submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court

of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.
The applicant's current Correspondence Information:
   Erica B. E. Rogers
     PRIMARY EMAIL FOR CORRESPONDENCE: trademarks@wardandsmith.com      SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $350 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Marc Downing/   Date: 07/27/2021
Signatory's Name: Marc Downing
Signatory's Position: Chief Counsel & Director of Compliance
Signatory's Phone Number: (252) 214-7066
Signature method: Sent to third party for signature
Payment Sale Number: 90850171
Payment Accounting Date: 07/27/2021

Serial Number: 90850171
Internet Transmission Date: Tue Jul 27 10:57:06 ET 2021
TEAS Stamp: USPTO/BAS-XX.XXX.XXX.XXX-202107271057066
09727-90850171-78063589de092756c86d574b3
bfc414627b1ddd2fff721b93e1f9b4995f1bd14d
7-CC-56442147-20210722165014795837

# FUSION









4



5