# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**EXHIBIT C**

 

**Registration Number**

**PA 2-293-309**

**Effective Date of Registration:**
May 24, 2021
**Registration Decision Date:**
May 24, 2021

## Title

    **Title of Work:** Fusion 4

## Completion/Publication

    **Year of Completion:** 2019
    **Date of 1st Publication:** August 16, 2019
    **Nation of 1st Publication:** United States

## Author

    • **Author:** Grover Gaming, Inc.
    **Author Created:** Entire Audiovisual Work
    **Work made for hire:** Yes
    **Citizen of:** United States

## Copyright Claimant

    **Copyright Claimant:** Grover Gaming, Inc.
    3506 NE Greenville Blvd, Greenville, NC, 27834-8980, United States

## Rights and Permissions

    **Organization Name:** Ward and Smith, P.A.
    **Name:** Erica Rogers
    **Email:** copyrights@wardandsmith.com
    **Telephone:** (919)277-9100
    **Address:** 751 Corporate Center Drive, Suite 300
    Post Office Box 33009
    Raleigh, NC 27636-3009 United States

## Certification

|  |  |
|---:|:---|
| **Name:** | Erica B. E. Rogers, Attorney, Ward and Smith, P.A. |
| **Date:** | May 24, 2021 |
| **Applicant's Tracking Number:** | 130818-00020 |

**Correspondence:** Yes